```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :    INDICTMENT
                                 :
           - v. -                :    21 Cr. _____ (VSB)
                                 :
QAADIR WILLIAMS,                 :
    a/k/a "Dutch Myerz,"         :
                                 :
           Defendant.            :
                                 :
- - - - - - - - - - - - - - - - X
```

**21 CRIM 569**

## COUNT ONE

The Grand Jury charges:

1. On or about September 8, 2020, in the Southern District of New York, QAADIR WILLIAMS, a/k/a "Dutch Myerz," the defendant, knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess, in and affecting commerce, ammunition, to wit, shell casings that had been previously shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 2.)

_____          _____
FOREPERSON                         AUDREY STRAUSS
                                   United States Attorney

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

QAADIR WILLIAMS,
a/k/a "Dutch Myerz."

Defendant.

INDICTMENT

21 Cr. _____ (VSB)

(18 U.S.C. §§ 922(g)(1) and 2.)

AUDREY STRAUSS
United States Attorney

_____
Foreperson

True Bill and Indictment
filed on 9/14/21 before OTW