# THE LAW OFFICES OF SEAN M. MAHER, PLLC

January 18, 2022

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J. 01/18/22

The status conference scheduled for January 13, 2022 is hereby adjourned to April 12, 2022 at 12:00 p.m. The adjournment is necessary to permit the parties to complete their discussions related to a pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between for January 18, 2022 and April 12, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

**VIA ECF**

Hon. Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *United States v. Qaadir Williams,* 21 Cr. 569 (VSB)

Dear Judge Broderick:

      On behalf of defendant Qaadir Williams, I respectfully write to request that the conference set for January 13, 2022 be adjourned until April 12, 2022 at 12:00 p.m., a date and time I have been informed is available on the Court's calendar. The reason for the requested adjournment is that the defense needs the additional time to review the discovery, to continue to meet with Mr. Williams under the challenging circumstances presented by the COVID-19 pandemic, and to confer with the government to explore the possibility of any non-trial resolution of the matter. Mr. Williams consents to excluding the time from January 13, 2022 through April 12, 2022 from Speedy Trial calculations.

      I have conferred with the government concerning the defense's adjournment request and have been informed by AUSA Peter Davis that the government consents to the defense's request.

      Respectfully submitted,

_____/S/_____
Sean M. Maher
*Counsel for Qaadir Williams*

cc:  All counsel via ECF