# THE LAW OFFICES OF SEAN M. MAHER, PLLC

---

April 11, 2022

**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.** 04/12/22

The status conference scheduled for April 12, 2022 is hereby adjourned to April 21, 2022 at 11:00 a.m. The adjournment is necessary to permit the parties to complete their discussions related to a plea agreement in this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between April 12, 2022 and April 21, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

**VIA ECF**

Hon. Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Qaadir Williams,* 21 Cr. 569 (VSB)

Dear Judge Broderick:

    On behalf of defendant Qaadir Williams, I respectfully write to request that the conference set for April 12, 2022 be adjourned and that an in-person change of plea hearing be scheduled for April 21, 2022 at 11:00 a.m. Mr. Williams consents to excluding the time from April 12, 2022 through April 21, 2022 from Speedy Trial Act calculations.

    I have conferred with the government concerning the defense's adjournment request and have been informed by AUSA Peter Davis that the government consents to the defense's request.

    Respectfully submitted,

    _____/S/_____
    Sean M. Maher
    *Counsel for Qaadir Williams*

cc: All counsel via ECF